No. ——. Brotherhood of Maintenance of Way Employes et al. *v.* United States et al. An application was made to Mr. Justice Stewart for an order staying the decree of the three-judge district court in this case insofar as it terminated a temporary restraining order previously entered. The application was referred by Mr. Justice Stewart to the Court. In the light of the representations made by Erie-Lackawanna Railroad Company, the application is denied without prejudice to its renewal upon the prompt docketing of the appeal. The Chief Justice, Mr. Justice Black, and Mr. Justice Douglas would grant the stay. *James L. Highsaw, Jr.* and *William G. Mahoney* for applicants. *Solicitor General Rankin* and *Robert W. Ginnane* for the United States and the Interstate Commerce Commission, and *Ralph L. McAfee, John H. Pickering* and *Richard D. Rohr* for Erie-Lackawanna Railroad Co., in opposition.

No. 631, Misc. Visconti *v.* Kenton, Warden; and No. 648, Misc. Montgomery *v.* Eyman, Warden. Motions for leave to file petitions for writs of habeas corpus denied.